**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Thomas Dale HANLIN, Jr.,
Defendant—Appellant.**

No. 03–7906.

United States Court of Appeals,
Fourth Circuit.

Submitted April 29, 2004.

Decided May 4, 2004.

Thomas Dale Hanlin, Jr., Appellant pro se. James Gerard Pyne, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

**3.** We have reviewed Stern's remaining assignments of error and find them to be without merit.

## PER CURIAM.

Thomas Dale Hanlin, Jr. appeals the district court's order denying his motion "for Order Directing Attorney of Record to Surrender Defense File." We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Hanlin*, No. CR–99–583 (D.Md. Nov. 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*